**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                      NO. 4:13CR00268 JLH

MAXWELL VICTOR MASON,
JAMES VERNON MCKNIGHT,
KEITH W. BURFORD,
JUSTIN JAY TAYLOR,
BLAKE LYNN TAYLOR,
AUSTIN H. TAYLOR, and
TIMOTHY PAUL INMANN                                                                       DEFENDANTS

**ORDER**

Pending before the Court is defendant Justin Jay Taylor's Motion for Continuance of the trial of this matter[1]. Document #79. The Court has determined that due to the number of defendants and attorneys involved in this case the most efficient manner of which to handle the motion for continuance will be to establish a deadline for any defendant opposing the motion to file a response in opposition.

The defendants appeared for plea and arraignment on different dates and some were assigned different initial trial dates. The Court finds that no severance has been granted in this matter. Since the defendants are jointly indicted on similar evidence from the same event, their trial date should be conducted on the same date.

IT IS THEREFORE ORDERED that any defendant opposing defendant Justin Jay Taylor's motion for continuance must file a response in opposition on or before **OCTOBER 18, 2013.** It will not be necessary for any defendant who supports the motion for a continuance to respond.

---

[1] Defendants Justin Jay Taylor and Blake Lynn Taylor were arraigned on September 17, 2013, and assigned a trial date of October 21, 2013. The remaining defendants appeared for plea and arraignment on September 24, 2013, and were assigned a trial date of October 28, 2013.

The Court will assume that any defendant who does not file a response in opposition of the motion on or before October 18, 2013, joins in the motion for continuance and waives Speedy Trial requirements up to and including the next scheduled trial date.

IT IS SO ORDERED this 7th day of October, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE